IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDDIE WANN                                                  PLAINTIFF

VS.                                   NO. 05-2112

FREIGHTLINER, LLC                                  DEFENDANT

## ORDER OF DISMISSAL

Upon joint motion of the parties and the Court having been advised that the instant case has resolved, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: 7-28-06

APPROVED AND STIPULATED:

_____
Troy Gaston
Walters, Hamby & Verkamp
Attorneys for Plaintiff
1405 West Center, 3rd Floor
Greenwood, AR 72936
(479) 996-2122

_____
Michael J. Emerson, Bar No. 84043
Attorney for Defendants
BARBER, McCASKILL, JONES & HALE, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 372-6175

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 8 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK